IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY WEBB** **PLAINTIFF**
**ADC #551387**

V.                              4:14CV00402-BRW-JJV

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et al.**                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the time for doing so has passed.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order (Doc. No. 1) is DENIED.

2. Additionally, since the same issues are presented in Plaintiff's second Motion for Temporary Restraining Order (Doc. No. 10), it also is DENIED.

Dated this 26th day of August, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE