IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY WEBB,** **PLAINTIFF**
ADC #551387

VS.                                        4:14CV00402-BRW-JJV

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY;** *et al.*                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe Volpe.  No objections have been filed and the time for doing so has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition  should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendant Elliot is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of January, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE