IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY WEBB, ADC #551387**                                                                           **PLAINTIFF**

V.                                        **4:14CV00402-BRW-JJV**

**DOC HOLLIDAY,**
**Pulaski County Sheriff;** *et al.*                                                                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After considering the objections and making a *de novo* review of the record, the Court adopts the Proposed Findings and Recommended Disposition as its findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court change the docket to reflect that Defendant "Doc Holiday" is appropriately "Doc Holliday" and Defendant "Brawley" is "Nancy Brawley."

2. Defendants' Motion for Summary Judgment (Doc. No. 53) is GRANTED;

3. Defendants Doc Holliday, Nancy Brawley, and Shawn Smith are DISMISSED with prejudice.

3. Because there are no remaining Defendants, this case is DISMISSED.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 30th day of October, 2015.

                                             /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE