# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JEFFERY WEBB, ADC #551387**                                                                 **PLAINTIFF**

**V.**                                    **4:14CV00402-BRW-JJV**

**DOC HOLLIDAY,**
**Pulaski County Sheriff;** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of October, 2015.


                                            /s/ Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE